No. 131. PACIFIC ALASKA AIRWAYS v. SMITH, ADMINISTRATOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit

denied.  *Mr. George M. Naus* and *Cecil H. Clegg* for petitioner.  No appearance for respondent.